IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. 02-CV-00805-RPM

JUL 2 5 2005

DELOIS PORTER,

GREGORY C. LANGHAM
CLERK

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.,

Defendant.

---

### ORDER REGARDING
### DEFENDANT'S MOTION TO AMEND THE FINAL PRETRIAL ORDER
### TO ADD ONE TRIAL EXHIBIT

---

THE COURT having reviewed Defendant's Motion to Amend the Final Pre-Trial Order to add One Trial Exhibit, and being fully advised in the premises, GRANTS said Motion.

IT IS ORDERED that the final Pretrial Order is hereby amended to include Defendant's exhibit D-5.

DATED this _22_ day of _July_, 2005.

BY THE COURT

_____
U. S. District Court Judge

.DNVR1:60310174.01