IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  02-cv-00805-RPM

DELOIS PORTER,

    Plaintiff(s),

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.,

    Defendant(s).

_____

ORDER RESCHEDULING TRIAL DATE
_____

    Pursuant to the hearing on motions on September 1, 2005, it is

    ORDERED that the September 26, 2005, trial date is vacated and trial to jury is rescheduled for **October 3, 2005, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Trial procedures may be found on the Court's website at http://www.cod.uscourts.gov.

    DATED: September1, 2005

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior District Judge