IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-CV-00805-RPM

DELOIS PORTER,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.,

Defendant.

---

## ORDER REGARDING
## DEFENDANT'S MOTION TO AMEND THE AMENDED FINAL PRETRIAL ORDER TO ADD DEFENDANT'S REVISED TRIAL EXHIBIT LIST

---

THE COURT having reviewed Defendant's Motion to Amend the Amended Final Pre-Trial Order to add Defendant's Revised Trial Exhibit List, and being fully advised in the premises, GRANTS said Motion.

IT IS ORDERED that the final Amended Final Pretrial Order is hereby amended to include Defendant's Revised Trial Exhibit List and the prior Defendant's Trial Exhibit List is removed.

DATED this 26th day of September, 2005.

BY THE COURT

*[signature]*
U. S. District Court Judge
Richard P. Matsch,

.DNVR1:60316968.01