IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV - 7 2005

GREGORY C. LANGHAM
CLERK

Case No. 02-cv-00805-RPM

DELOIS PORTER,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.,

    Defendant.

---

**STIPULATION AND ORDER REGARDING
CUSTODY OF EXHIBITS AND DEPOSITIONS**

---

    IT IS STIPULATED AND ORDERED that counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

    DATED at Denver, Colorado this __7th__ day of November, 2005.

BY THE COURT:

_____
Richard P. Matsch, Senior District Judge
United States District Court

APPROVED AS TO FORM:

_____         _____
ATTORNEY FOR PLAINTIFF                                    ATTORNEY FOR DEFENDANT