IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 02-cv-00805-RPM

DELOIS PORTER,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.,

    Defendant.
_____

ORDER DEFERRING RULING ON MOTION FOR ATTORNEYS' FEES AND COSTS
_____

Because both parties have filed notices of appeal and because there is a substantial controversy concerning the plaintiff's motion for attorneys' fees and costs, including the extent to which the plaintiff should be considered a prevailing party, it is, in the interest of judicial economy,

ORDERED that ruling on the plaintiff's motion for attorneys' fees and costs will be deferred pending disposition of the appeals.

DATED: December 12th, 2005

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge