IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-CV-00805-RPM

DELOIS PORTER,

   Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.,

   Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 13 2006

GREG———

---

**ORDER REGARDING THE STIPULATION FOR DISMISSAL
WITH PREJUDICE AND SATISFACTION OF JUDGMENT**

---

THE COURT, having reviewed the parties' Stipulation for Dismissal with Prejudice and Satisfaction of Judgment and being fully advised in the premises thereof, hereby

ORDERS that this case shall be and the same hereby is dismissed with prejudice and the Judgement noted as satisfied and released in full.

Dated this _13_ day of _January_ 2006.

_____
The Honorable Richard P. Matsch
United States District Court Judge

Order - Porter Dismissal.doc